## Case No. 5,071.

### FRAZIER v. BRACKENRIDGE.

[1 Cranch, C. C. 203.] [1]

Circuit Court, District of Columbia. Dec. Term, 1804.

Mr. Key objects, that an executor is not obliged to pay money until twelve months after letters testamentary granted, and therefore is not obliged to plead. Cur. ad. vult.

Rule granted to plead by the 2d day of next term.

---

## Case No. 5,072.

### FRAZIER v. LOMAX.

[1 Cranch, C. C. 328.] [1]

Circuit Court, District of Columbia. July Term, 1806.

Mr. Youngs, for plaintiff,

THE COURT instructed the jury that they might and ought to find the smallest possible sum due, which was one mill, being the smallest money of account known in the United States. Verdict accordingly.